# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: ) <br> WAYNE ERIC PUFFER ) Ch. 13 No. 08-30290-HJB <br> Debtor ) <br> ------------------------------------------------- ) <br> L. JED BERLINER, ESQ., ) <br>     Appellant ) <br> ) <br> v. ) CIVIL ACTION NO. 3:10-30225 -MAP <br> ) <br> DENISE M. PAPPALARDO, ESQ. ) <br>     Appellee ) | |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ] **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered pursuant to this court's memorandum and order entered this date, affirming the decision of the bankruptcy court.

                                                          **SARAH A. THORNTON**,
                                                          CLERK OF COURT

Dated: July 8, 2011                                         By /s/ *Maurice G. Lindsay*
                                                          Maurice G. Lindsay
                                                          Deputy Clerk

(Civil Judgment (bankruptcy) - 3.wpd - 11/98)                                                                                                                                                     [jgm.]