```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS
```

```
-----------------------------
In Re                        )
WAYNE ERIC PUFFER,           )    Ch. 13 No. 08-30290-HJB
        Debtor               )
-----------------------------
L. JED BERLINER, ESQ.,       )
        Appellant            )
                             )
        v.                   )    C.A. No. 10-cv-30225-MAP
                             )
DENISE M.                    )
PAPPALARDO, ESQ.,            )
        Appellee             )
-----------------------------
```

<u>ORDER OF REMAND</u>

April 25, 2012

**PONSOR, U.S.D.J.**

On March 22, 2012, the United States Court of Appeals for the First Circuit issued its Judgment reversing the prior decision of this court and ordering that the matter be remanded to the District Court with instructions to vacate the Bankruptcy Court's fee order and remand it to that court for further proceedings consistent with the First Circuit's opinion.

On April 23, 2012, the Mandate in this case issued. Based on this, this court hereby VACATES the Bankruptcy Court's Fee Order.  This case is hereby REMANDED to the Bankruptcy Court for further proceedings consistent with the First Circuit's opinion.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U.S. District Judge